[No. 43108-1-I.    Division One.    July 26, 1999.]

JANIS E. SELVIG, ET AL., *Appellants*, v. GREGORY L. CARYL, ET AL., *Defendants*, SKAGIT COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-09096-4, Joseph A. Thibodeau, J., entered July 13, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid, A.C.J., and Webster, J. Now published at 97 Wn. App. 220.

[No. 43248-6-I.    Division One.    July 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSICA BOURASAW, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 97-1-00112-0, Alan R. Hancock, J., entered September 2, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43283-4-I.    Division One.    July 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SHUMET ASSEFA WOBNEH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-09642-8, Sharon S. Armstrong, J., entered August 8, 1998. *Reversed* by unpublished opinion per Ellington, J., concurred in by Agid, A.C.J., and Becker, J.

[No. 16074-2-III.    Division Three.    July 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER GONZALEZ PANTOJA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 95-1-00594-5, Kenneth L. Jorgensen, J., entered July 29, 1996 and February 13, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.